08 CIV 6869

JUDGE S

BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



RECEIVED
JUL 3 1 2008
U.S.D.C. S.D. N.Y.
CASHIERS

---

NOVA MARITIME B.V.I. LTD.,

        Plaintiff,

     v.

TRANSVAST SHIPPING CO. LTD.,

        Defendant.

08 Civ. 6869 (SAS)

**VERIFIED COMPLAINT**

---

Plaintiff NOVA MARITIME B.V.I. LTD. ("Plaintiff"), by its attorneys Blank

Rome LLP, complaining of the above-named Defendant TRANSVAST SHIPPING CO.

LTD. ("Defendant"), alleges upon information and belief as follows:

1.    This is a case of admiralty and maritime jurisdiction, as hereinafter more

fully appears, and is an admiralty or maritime claim within the meaning of Rule 9(h) of

the Federal Rules of Civil Procedure. The Court has subject matter jurisdiction.

2.    At all material times, Plaintiff was and now is a foreign company organized

and existing under the laws of the British Virgin Islands.

3.     At all material times, Defendant as and now is a corporation organized and existing under the laws of a foreign jurisdiction and the disponent owner of the M/V ITC GOLDEN (the "Vessel").

## THE BASIC FACTS

4.     Defendant chartered the Vessel to Plaintiff pursuant to a binding fixture note dated on or about June 25, 2008 (the "Charter"), Exhibit 1 to the accompanying Rule B Affidavit ("Rule B Aff.").

5.     The Vessel was to carry Plaintiff's cargo from Bayuguan to Agaba, Jordan.

6.     Defendant advised that "due to unexpected usage of cargo capacity" its Vessel could not carry Plaintiff's cargo. Rule B Aff. Ex. 2.

7.     Plaintiff protested that the Vessel was, under the terms of the Charter, required to carry the entire cargo and held Defendant liable for its breach. Rule B Aff. Ex. 3.

8.     Plaintiff chartered in a substitute vessel, the M/V SAGA MORUS, to perform the voyage.

9.     Plaintiff has asserted its claim of $94,345 based on the difference between the cost of the voyage under the Charter and the higher price of the voyage undertaken by the M/V SAGA MORUS as evidenced in the freight invoice issued by that Vessel's owner. Rule B Aff. Ex. 4.

10.     The Charter is subject to English law and Hong Kong arbitration. This action is expressly filed without prejudice to that right of arbitration.

## COUNT I

## RULE B RELIEF

11.    Plaintiff repeats paragraphs 1 through 10 as if fully set forth herein.

12.    Plaintiff seeks issuance of process of maritime attachment so that it may obtain security for its claims including its attorneys' fees and arbitrators' fees which are routinely awarded in Hong Kong arbitration and no security for Plaintiff's claim has been posted by Defendant or anyone acting on its behalf to date.

13.    At best as can now be estimated, Plaintiff expects to recover the following amounts in the arbitration:

| | | |
|---|---|---|
| A. | On the principal claim | $ 94,345 |
| B. | Estimated Recoverable English Lawyers and Arbitrators' Fees & "Costs" | $ 30,000 |
| C. | Interest over the course of 3 years at prime rate average of 8% per annum: | $ 22,642 |
| | **TOTAL:** | $146,987 |

14.    Defendant cannot be found within this district within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("Rule B"), but is believed to have, or will have during the pendency of this action, assets in this jurisdiction.

**WHEREFORE**, Plaintiff prays:

A.      That process in due form of law issue against Defendant, citing it to appear and answer under oath all and singular the matters alleged in the Verified Complaint;

B.      That since Defendant cannot be found within this District pursuant to Rule B, this Court issue an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B attaching all of Defendant's tangible or intangible property or any other funds held by any garnishee, which are due and owing to Defendant up to the amount of $146,987 to secure the Plaintiff's claims, and that all persons claiming any interest in the same be cited to appear and, pursuant to Rule B, answer the matters alleged in the Verified Complaint;

C.      That this Court retain jurisdiction over this matter through the entry of a judgment or award associated with the pending claims including appeals thereof.

D.      That Plaintiff may have such other, further and different relief as may be just and proper.

Dated: New York, NY
      July 31, 2008

                          Respectfully submitted,
                          BLANK ROME LLP
                          Attorneys for Plaintiff

By
                          Jeremy J.O. Harwood (JH 9012)
                          405 Lexington Avenue
                          New York, NY 10174
                          Tel.: (212) 885-5000

## **VERIFICATION**

STATE OF NEW YORK          )
                                                : ss.:
COUNTY OF NEW YORK     )

Jeremy J.O. Harwood, being duly sworn, deposes and says:

1.       I am a member of the bar of this Honorable Court and of the firm of Blank

Rome LLP, attorneys for Plaintiff.

2.       I have read the foregoing Complaint and I believe the contents thereof are

true.

3.       The reason this Verification is made by deponent and not by Plaintiff is that

Plaintiff is a foreign corporation, no officer or director of which is within this jurisdiction.

4.       The sources of my information and belief are documents provided to me

and statements made to me by representatives of Plaintiff.

Jeremy J.O. Harwood

Sworn to before me this
31st day of July 2008

Notary Public

BARBARA WALSH
Notary Public, State of New York
No. 01WA4925486
Qualified in Queens County
Commission Expires August 15, 2010

BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOVA MARITIME B.V.I. LTD., <br><br> Plaintiff, <br><br> v. <br><br> TRANSVAST SHIPPING CO. LTD., <br><br> Defendant. | 08 Civ. <br><br> **AFFIDAVIT UNDER** <br> **SUPPLEMENTAL RULE B** |

STATE OF NEW YORK      )
                                            : ss.:
COUNTY OF NEW YORK   )

JEREMY J.O. HARWOOD, being duly sworn, deposes and says:

1.     I am a member of the Bar of this Honorable Court and a member of the firm of Blank Rome LLP, attorneys for the Plaintiff herein.  I am familiar with the circumstances of the complaint and submit this affidavit in support of Plaintiff's request for the issuance of process of maritime attachment and garnishment of the property of defendant TRANSVAST SHIPPING CO. LTD., as Owner of the M/V ITC GOLDEN, a company organized and existing under the laws of a foreign jurisdiction, pursuant to Rule

B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

2.      The defendant is not incorporated or registered to do business in this State.

3.      Under my supervision, my office did a search of the New York State Secretary of State, Division of Corporations, Transportation Tickler (2008 edition), telephone assistance in New York City, and the internet Yellow Pages.

4.      In our search, we did not find any listing or reference to defendant in this district or state.

5.      In the circumstances, I believe the defendants cannot be "found" within this district.

6.      I attach as Exhibit 1 hereto a copy of the fixture note or charter for the Vessel.

7.      I attach as Exhibit 2 hereto Defendant's advice of shutting out Plaintiff's cargo.

8.      I attach as Exhibit 3 hereto Plaintiff's protest.

9.      I attach as Exhibit 4 hereto a copy of the freight invoice for the substitute vessel.

Jeremy J.O. Harwood

Sworn to before me this
31st day of July, 2008

Notary Public

BARBARA WALSH
Notary Public, State of New York
No. 01WA4925486
Qualified in Queens County
Commission Expires August 15, 2010

# EXHIBIT 1

Cedric Chan

| | |
|---|---|
| 寄件者: | "Cedric Chan" <cedchan@netvigator.com> |
| 收件者: | "Davis Leung" <anfari@anfari.com.hk> |
| 傳送日期: | Thursday, 26 June, 2008 16:59 |
| 主旨: | Re: RECAP - MV ITG GOLDEN / ACC NOVA - 5000 MTS WIRE RODS - BAYUQUAN/AQABA |

dav/ced

ok subs lifted n vsl fixed. forwarder name reverting (shippers: beitei).

pls give agents full style.

rgds


----- Original Message -----
From: Davis Leung
To: Cedric.CHAN
Cc: CEDRIC_CHAN_HOTMAIL
Sent: Wednesday, June 25, 2008 7:37 PM
Subject: Re: RECAP - MV ITG GOLDEN / ACC NOVA - 5000 MTS WIRE RODS - BAYUQUAN/AQABA

CED/DAV


PER OWR'S ADVICE, VSL'S CRANES ARE : 3 X 25T , 1 X 40 T


TKS/RGDS
DAVIS LEUNG - DIR TEL: (852) 2851 3233
MOB (852) 9880 1895
MSN: davis_leung@hotmail.com (for chatting only)

ANFARI SHIPBROKING & AGENCY LTD / HONG KONG
TEL: (852) 2851 3233
FAX: (852) 2851 2923
TLX: (056) 88818 ANFAR N (VIA NORWAY)
EMAIL: anfari@anfari.com.hk

----- Original Message -----
From: Davis Leung
To: Cedric.CHAN
Cc: CEDRIC_CHAN_HOTMAIL
Sent: Wednesday, June 25, 2008 18:27
Subject: RECAP - MV ITG GOLDEN / ACC NOVA - 5000 MTS WIRE RODS - BAYUQUAN/AQABA

CED/DAV


CORRECTION - VSL'S NAME IS MV ITC GOLDEN


RE: MV: ITC GOLDEN / ACC NOVA MARITIME
   5,000 MTS 5 PCT MOLCHOPTN WIRE RODS
   1 SBP BAYUQUAN
   1 SBP AQABA
   LYCN 7TH -10 JULY 2008

THE FIXTURE RECAP

ALL NEGOTIATION N EVENTUAL FIXTURE TB KEPT STRICTLY PRIVATE N
CONFIDENTIAL

-OWNERS: TRANVAST SHPG CO., LTD.
-CHARTERERS: NOVA MARITIME BVI LTD

1. PERFORMING VSL:

1.1 VESSELS NAME : **ITC GOLDEN**
1.2 PREVIOUS NAMES : MED CARRARA
1.3 FLAG :PANAMA
1.4 MONTH/YEAR AND WHERE BUILT : MARCH, 1981, JAPAN
1.5 YARD NAME AND NUMBER : KASADO SHIPYARD
1.6 CLASS REGISTRATION NOS : RINA CLASS NO 8133 LLOYDS/IMO REGISTER
NOS :IMO NO 7930369
1.7 PORT OF REGISTRY : PANAMA
1.8 OWNERS FULL STYLE : INTERNATIONAL TRANSPORTATION AND TRADING
JOINT
 ADD: 4/3 DO SON ST., WARD 4, TAN BINH DIST., HO CHI MINH CITY, VIET NAM
CONTACT NUMBERS FOR OPERATIONAL PURPOSES:TEL: 84-8-8273083, FAX:
84-8-8274754, EMAIL: ITCSG@HCM.VNN.VN KTITCSG@HCM.VNN.VN
1.9 MANAGERS : MARLOW SHIPMANAGEMENT (HK) LTD.
ADD. SUITE 1405, ALLIED KAJIMA BUILDING,138, GLOUCESTER RD, WANCHAI,
HONGKONG
1.10 DISPONENT OWNERS : EAST INTERNATIONAL LTD
2. PARTICULARS OF VESSEL
2.1 TYPE OF VESSEL : GENERAL CARGO VESSEL
2.2 DEADWEIGHT ALL TOLD IN M/T
--------------------------
DWAT/ DRAFT/ TPC/ BASIS FULL DRAFT--**SUMMER 43300 MT/ 11.83M/** 49.9 T
WINTER 42100/ 11.58M/  TROPICAL 44550/ 12.07
2.3 IS VESSEL FITTED FOR TRANSIT OF : -
PANAMA CANAL : SUEZ CANAL : ST LAWRENCE SEAWAY :
2.4A FOR PANAMA CANAL SUITABLE VESSEL STATE DEADWEIGHT ALL TOLD ON
39FT6INS/SG 0.9954 :
24B IS PANAMA DEADWEIGHT ALL TOLD AFFECTED BY VESSELS BILGE TURN
RADIUS :
 2.5 FOR ST LAWRENCE SEAWAY SIZE VESSEL
STATE DEADWEIGHT ALL TOLD BASIS 26FT FW :
2.6 GT/NT - INTERNATIONAL : 26847/ 11616          - SUEZ :          - PANAMA :
          - BRITISH :
2.7 LENGTH OVERALL : 176.70 M
2.8 LENGTH BETWEEN PERPENDICULARS : 168.0 M
2.9 EXTREME BREADTH : 33.0 M
      DEPTH MOULDED : 16.5 M
2.10 DISTANCE FROM WATERLINE TO TOP OF HATCH  COAMING OR TOP OF
HATCH COVERS
IF SIDE ROLLING HATCHES BASIS FULL BALLAST : N/A

2.11 DISTANCE FROM KEEL TO TOP OF HATCH COAMINGS OR TOP OF HATCH COVERS IF
SIDE ROLLING HATCHES : N/A
2.12 VESSELS BALLASTING AND DEBALLASTING
TIME -: BALLASTING: 7 HRS - DEBALLASTING: 10-12 HRS
2.13 DISTANCE FROM KEEL TO HIGHEST POINT OF VESSEL - : 50.2M
2.14 CAPACITY OF - BALLAST TANKS : 10443.5 M3 BALLAST HOLD(S) : HOLD NO 3
CAN USE FOR BALLAST , CAP.6733.8 M3
2.15 CONSTANTS EXCLUDING FRESH WATER : APPROX    MT WATER

DAILY FRESH WATER CONSUMPTION :
FRESH WATER CAPACITY : 403 M3
CAPACITY / DAILY PRODUCTION OF EVAPORATOR : 30/ 22 MT NORMAL FRESH WATER
RESERVE : 20 MT
2.16 IS VESSEL FITTED WITH SHAFT GENERATOR : NO
2.17 VESSELS ONBOARD ELECTICAL SUPPLY VOLTS/HZ - : OUT PUT 450V/ 60 HZ
3. CARGO ARRANGEMENTS----------------------
3.1 HOLDS
A. NUMBER OF HOLDS : 05
B. ARE VESSELS HOLDS CLEAR AND FREE OF ANY OBSTRUCTIONS - : YES C.
GRAIN/BALE CAPACITY IN HOLDS : 42488.31/40911.08 M3 (EXCLUDING HATCHWAYS,
WING/TOP SIDE TANKS (CUBIC METRES) )

D. GRAIN/BALE CAPACITIES BY HOLD EXCLUDING WING/TOP SIDE TANKS BUT INCLUDING
HATCHWAYS - (CUBIC METRES):
- CARGO HOLD NO1:
L/B/H: 25/19.23/14 MTRS, GRAIN/ BALE CAP.: 9859.49/ 9428.95 M3, STRENGTH OF
TANKTOP: 22MT/M2, HATCH COVER OPENING SIDE: 16,8 X 13,2 MTRS.
- CARGO HOLD NO2:
L/B/H: 24.5/20/14 MTRS, GRAIN/ BALE CAP.: 7585.06/ 7327.63 M3, STRENGTH OF
TANK TOP:15MT/M2, HATCH COVER OPENING SIDE: 16,8 X 16,4 MTRS.
- CARGO HOLD NO3:
L/B/H: 23.4/20/14 MTRS, GRAIN/ BALE CAP: 7297.76/ 7040.08 M3, STRENGTH OF
TANK TOP: 22MT/M2, HATCH COVER OPENING SIDE: 16.8 X 16.4 MTRS.
- CARGO HOLD NO4:

L/B/H: 24.5/20/14 MTRS, GRAIN/ BALE CAP: 7585.17/7327.63 M3, STRENGTH OF
TANK TOP: 15MT/M2, HATCH COVER OPENING SIDE: 16,8 X 16,4 MTRS.
- CARGO HOLD NO 5:
L/B/H: 22.6/33/14 MTRS, GRAIN/BALE CAP : 10160.83/ 9786.79 M3, STRENGTH OF
TANK TOP 22MT/M2, HATCH COVER OPENING TYPE: 16.1 X 16.4 MTRS.
E. IS VESSEL STRENGTHENED FOR THE CARRIAGE OF HEAVY CARGOES - : YES
IF YES STATE WHICH HOLDS MAY BE LEFT EMPTY;- 1,3,5
ALTERNATE HOLD LOADING NOT PERMITTED. HOLDS TWO AND FIVE
CAN BE LEFT EMPTY PROVIDED BALLAST/OIL SUITABLY STORED AND
UNDER MASTERS DISCRETION, KEEPING IN MIND SAFE TRIM AND STABILITY
OF VESSEL.
F. IS TANKTOP STEEL AND SUITABLE FOR GRAB DISCHARGE - :
G. STATE WEATHER BULKHEAD CORRUGATIONS VERTICAL OR
HORIZONTAL - :
H. TANK TOP STRENGTH : H 1,3,5= 22MT, H2,4= 15MT
I. ARE HOLDS CO2 FITTED : NO

J. ARE HOLDS FITTED WITH SMOKE DETECTION SYSTEM - : NO

K. IS VESSEL FITTED WITH AUSTRALIAN TYPE APPROVED LADDERS - : YES

L. HAS VESSEL A FUNCTIONING CLASS CERTIFIED LOADMASTER/LOADICATOR OR SIMILAR CALCULATOR  - : YES

M. ARE HOLDS HOPPERED AT HOLD SIDE : HOLD NO1&5 HOPPERED AT HOLD SIDE - AT FORWARD BULKHEAD :

- AT AFT BULKHEAD :

CAN VESSELS HOLDS BE DESCRIBED AS BOX SHAPED - :

N. MEASUREMENT OF ANY TANK SLOPES : HOPPER HEIGHT FROM TANK TOP /HOPPERING

(HEIGHT AND DISTANCE FROM VESSESL SIDE AT TANK TOP) :

O. FLAT FLOOR MEASUREMENT OF CARGO HOLDS AT TANK TOP

P. ARE VESSELS HOLDS ELECTRONICALLY VENTILATED : NO

IF YES STATE NUMBER OF AIR CHANGES PER HOUR BASIS

EMPTY HOLDS - :

3.2 DECK AND HATCHES

A. NUMBER OF HATCHES : 5

B. MAKE AND TYPE OF HATCH COVERS : MACGERGORE, FOLDING TYPE,HYDROLICALLY OPERATED

C. HATCH SIZES (METRES) : H1: 16.8 X 13.2M;H2,3,4:16.8 X 16.4 M, H5: 16.1 X 16.4 M

D. STRENGTH OF HATCH COVERS :

E. DISTANCE FROM SHIPS RAIL TO NEAR EDGE OF HATCH  COVERS/COAMING - :

F. DISTANCE FROM BOW TO FORE OF FIRST HOLD OPENING - :

G. DISTANCE FROM STERN TO AFT OF LAST HOLD OPENING :

3.3 STATE DECK STRENGTH :

4. SPEED/CONSUMPTION/FUEL/ENGINE

4.1 STATE VESSELS CONSUMPTION AT ABOUT 11.5 KTS (UP TO BEAFORT SCALE FORCE

4/DOUGLAS SEA STATE 3) AS FOLLOWS

ABOUT MT / ABOUT MT  (MAIN ENGINE)/ (AUXILIARIES)

A. LADEN 32.5 MT IFO 180CST/ 2.8 MT MDO

B. BALLAST 31 MT / 2.8 MT

4.2 BUNKER GRADES: IFO 180 CST/ MDO

**VSL'S ITIN**

--

**VSL ETS QINGDAO 25 JUN**
**ETA XINGANG 26 JUN**
**ETS XINGANG 4 JULY**
**ETA BAYUQUAN 5 JULY 2008**
---------------------------------------------

**JEDDAH**
**AQABA**

**WP, AGW**

part cgo basis
============

2. CARGO:
=========

5,000 MTS 5 PCT MOLCHOPTN WIRE RODS

3. 1 SBP BAYUQUAN

4. 1 SBP **AQABA**

5. CQD LOAD/LINER OUT DISCHARGE

6 LYCN _7TH -10 JULY 2008 (VSL ETA BAYUQUAN 1ST/2ND JULY WP/AGW)

7 LOAD/DISCHARGE TERM: CQD LOAD/LINER OUT DISCHARGE

8 FREIGHT RATE:  USD86.- PMT FIS LSD / LINER OUT DISCHARGE

9 FULL FREIGHT TO BE PAID IN USD TO OWNERS NOMINATED BANK ACCOUNT WITHIN 3 BANKING DAYS AFTER COMPLETION OF LOADING, SIGNING/RELEASING "FREIGHT COLLECT" OR "FREIGHT PAYABLE AS PER CHARTER PARTY" BILL(S) OF LADING TO SHIPPERS AT LOADPORT.

FREIGHT TO BE REGARDED EARNED AS CARGO TAKEN ON BOARD DISCOUNTLESS AND NON-RETURNABLE WHETHER VESSEL AND/OR CARGO LOST OR NOT LOST.

WITHOUT SURCHARGE TO OWNERS, 2ND SET ORIGINAL CONGEN BILL(S) OF LADING MARKED "FREIGHT PREPAID" , "CLEAN ON BOARD" TO BE ISSUED AND SIGNED BY OWNER' S AGENT ON OWNER' S/MASTER' S BEHALF AND ACCORDANCE WITH OWNER' S INSTRUCTION.

IF MATE' S RECEIPT HAVE ANY REMARKS, SHIPPERS TO ISSUE SINGLE LETTER OF INDEMNITY FOR CLEAN BILL(S) OF LADING WITH OWNER' S PNI CLUB WORDINGS WITHOUT BANK ENDORSEMENT.

FOR 2ND SET BILL(S) OF LADING, DOCUMENTATION AGENT **IN HONGKONG.**
DOCS AGENT IS 'ANFARI SHIPBROKING N AGENCY LTD.'

SAME SET BILL(S) OF LADING TO BE RELEASED AGAINST PHOTOCOPY BANK' S SWIFT OF FREIGHT PAYMENT AND THE SURRENDER OF ORIGINAL 1ST SET BILL(S) OF LADING FROM CHARTERERS.

AFTER THAT, OWNERS TO GIVE INSTRUCTION TO OWNER' S AGENT TO SIGNING/RELEASING 2ND SET TO CHARTERERS IMMEDIATELY.

2ND SET BILL(S) OF LADING TO BE SIGNED/RELEASED AFTER RECEIVED OWNERS' INSTRUCTION.

1ST TB ISSUED AT LOADPORT : BAYUQUAN

2ND SET TO BE ISSUED AT HKG  AGENT :
(CHRS WILL SURRENDER THE ORI 1ST SET BS/L BEFORE RELEASING ORI 1ST SET BS/L AMEND SHIPPER/CONSIGNEE N NOTIFY PARTY AND/OR OTHERS PER L/C REQUIREMENTS)

OWNERS' BANK DETAILS: TB ADVD.

10. LASHED/SECURED/DUNNAGED IF ANY TO BE FOR CHARTERER' S ACCOUNT.

11. DETENTION **USD35000**- PDPD IF CARGO/DOCUMENTS NOT READY UPON VESSEL' S ARRIVAL AT LOADPORT.

12. DETENTION TIME TO BE COUNTED 10 HOURS AFTER N.O.R. TENDERED AT LOADPORT. .

DETENTION IF ANY TO BE SETTLED WITHIN 15 DAYS AFTER COMPLETION OF LOADING AND AN UNDISPUTED AMOUNT IS MUTUALLY AGREED. OWNERS HAVE TO PROVIDE ALL SUPPORTING DOCUMENTS, I.E. NOTICE OF READINESS, STATEMENT OF FACTS, TIME SHEETS.

NOR. AT LOADPORT CAN BE TENDERED BY MASTER THROUGH CABLE OR IN WRITING WITHIN

OFFICE HOURS, I.E. BETWEEN 0900-1700 HRS MONDAY TO FRIDAY AND 0900-1200 HRS ON SAT., OR DAY PRIOR HOLIDAYS. N.O.R. CAN ONLY BE TENDERED WITHIN STIPULATED LAYCAN.

**13. OWNERS AGENTS AT LOADPORT/DISCHARGE PORT.**
**DETAILS: TO BE ADV**

14. LIGHTENING/LIGHTERAGE IF ANY DUE TO VESSEL' S DRAFT REASON TO BE FOR OWR'S ACCOUNT.
    (UNDERSTAND LOADPORT IS DEEP SEA PORT, WHILE LINER OUT AT AQABA)

15. SHORE CRANE CHARGES IF ANY TO BE FOR OWNER' S ACCOUNT AT DISCHARGE PORT.

16. ANY TAXES/DUES/WHARFAGE ON CARGO TO BE FOR CHARTERER' S ACCOUNT BOTH ENDS.

17. ANY TAXES/DUES/WHARFAGE ON VESSEL/FREIGHT TO BE FOR OWNERS'  ACCOUNT.

18. SHIPSIDE TALLY TO BE FOR OWNER' S ACCOUNT, SHORESIDE TALLY TO BE FOR CHARTERER' S ACCOUNT.
    COMPULSORY TALLY TO BE FOR OWRS ACCT AT L/PORT.

19. VESSEL MUST BE P&I CERTIFIED AND ISM CODE.

20. IF ORIGINAL BILL(S) OF LADING OR RECEIVER' S BANK GUARANTEE NOT READY AT DISCHARGE PORT PRIOR/UPON VESSEL ARRIVAL DISCHARGE PORT, OWNERS AGREE TO DISCHARGE CARGO TO THE PORT/CUSTOM' S CUSTODY. THE RELEASE OF CARGO MUST BE AGAINST ORIGINAL BILL(S) OF LADING OR RECEIVER' S BANK GUARANTEE.

21. COMBINE CARGO IS OK BUT NOT INJURE TO CHARTERER' S CARGO.

22. OVERAGED PREMIUM IF ANY TO BE FOR CHARTERER' S ACCOUNT.

23. ARBITRATION IN HONGKONG AND ENGLISH LAW TO APPLY.

24. THIS FIXTURE NOTE TO BE KEPT PRIVATE AND CONFIDENTIAL.

25. TOTAL 3.75 PCT COMMISSION (INCLUDING 2.5 PCT ADDCOM + 1.25 PCT ANFARI HKG).

26. OTHERWISE AS PER GENCON CP 1976.

**27. SUBJ STEM TO BE LIFTED BY 1800 HR TOMO HK TIME 26 JUN., 2008  (THUR)**
END RECAP.

TRUST RECAP AS ABV IN GOOD ORDER.

TKS/RGDS
DAVIS LEUNG - DIR TEL: (852) 2851 3233
MOB (852) 9880 1895
MSN: davis_leung@hotmail.com (for chatting only)

ANFARI SHIPBROKING & AGENCY LTD / HONG KONG
TEL: (852) 2851 3233
FAX: (852) 2851 2923
TLX: (056) 88818 ANFAR N (VIA NORWAY)
EMAIL: anfari@anfari.com.hk

NOD32 3216 (20080625) Information

# EXHIBIT 2

TRANVAST SHIPPING CO., LIMITED
TEL: 0086-25-66677859
FAX: 0086-25-66677860
EMAIL: OPERATION@TRANVAST.COM
    CHARTERING@TRANVAST.COM
MSN: BURNEY5186@HOTMAIL.COM
MOB: 0086-13814079988
=============================

TOP URGENT!!!

CHRISTINE/YUAN    CC DAVIS

RE: MV. ITC GOLDEN - WIRERODS EX. BAYUQUAN TO AQABA

DUE TO UNEXPECTED USAGE OF CARGO CAPACITY, VSL CAN NOT LOAD FULL CARGO OF 5,000MT. WE HEREBY REQUEST CHTRS' TO ALLOW US TO LOAD HALF OF THE CARGO (ABT 2,500MT UNDER EITHER SHIPPING ORDER ).

WE WILL NOMINATE ANOTHER PERFORMING VESSEL TO CARRY THE BALANCE CARGO AS EARLY AS POSSIBLE.

TKS FR CHTRS' COOPERATION.

AWAITING FR CHTRS' SOONEST REPLY!

B'RGDS

09-Jul-2008

# EXHIBIT 3

## Davis Leung

**From:** "Davis Leung" <anfari@anfari.com.hk>
**To:** "CN-NJ/TRANVAST_OPS" <operation@tranvast.com>
**Cc:** <chartering@tranvast.com>
**Sent:** Wednesday, July 09, 2008 17:58
**Subject:** Fw: mv itc golden/ nova maritime

MR YUAN /DAVIS

CC DAVD SHEN

FROM CHRS, NOVA MARITIME

----- Original Message -----
**From:** Cedric Chan
**To:** Davis Leung
**Sent:** Wednesday, July 09, 2008 17:27
**Subject:** mv itc golden

dav,

pls advise owners:

per telcon, itc golden has to load 3000-3500mt upto the max best, but just now shippers said vsl only has space 1500 mt. this is ridiculous.

chrs have to hold owners fully responsible for all consequences and claims for failure to perform asper c/p.

owners have to tell now what is situation now and their intention.

this is urgent.

rgds

09-Jul-2008

## Davis Leung

| | |
|---|---|
| **From:** | "Davis Leung" <anfari@anfari.com.hk> |
| **To:** | "CN-NJ/TRANVAST_OPS" <operation@tranvast.com> |
| **Cc:** | <chartering@tranvast.com> |
| **Sent:** | Wednesday, July 09, 2008 17:58 |
| **Subject:** | Fw: mv itc golden/ nova maritime |

MR YUAN /DAVIS

CC DAVD SHEN

FROM CHRS, NOVA MARITIME

----- Original Message -----
**From:** Cedric Chan
**To:** Davis Leung
**Sent:** Wednesday, July 09, 2008 17:27
**Subject:** mv itc golden

dav,

pls advise owners:

per telcon, itc golden has to load 3000-3500mt upto the max best, but just now shippers said vsl only has space 1500 mt.  this is ridiculous.

chrs have to hold owners fully responsible for all consequences and claims for failure to perform asper c/p.

owners have to tell now what is situation now and their intention.

this is urgent.

rgds

09-Jul-2008

## Davis Leung

| | |
|---|---|
| **From:** | "Davis Leung" <anfari@anfari.com.hk> |
| **To:** | "CN-NJ/TRANVAST_OPS" <operation@tranvast.com> |
| **Cc:** | "CN-HX/ANFARI" <anfari@anfari.com.hk> |
| **Sent:** | Wednesday, July 09, 2008 13:54 |
| **Subject:** | Fw: mv itc golden / SHIPPING ORDER - NOVA |

MR YUAN / DAVIS -CHRISTINE
CC CAPT. WANG


FROM CHRS, NOVA MARITIME

----- Original Message -----
**From:** Cedric Chan
**To:** Davis Leung
**Sent:** Wednesday, July 09, 2008 13:41
**Subject:** Re: mv itc golden / SHIPPING ORDER - NOVA


DAV/CED


THE BOOKING IS FOR THE WHOLE CARGO AND S/O HAS BEEN ISSUED FOR THE WHOLE QTY. IF OWNERS HAVE PROBLEMS, THEY HAVE TO CONSIDER TO SHUT OUT THEIR OTHER BOOKED CARGO, NOT ON OUR CARGO. WE CANNOT SPLIT THE CARGO AS L/C NOT ALLOW US TO SPLIT OR SHIP PARTIALLY. HOPE TRANVAST CAN UNDERSTAND THE TRADE. THIS WOULD CREATE CONSEQUENTIAL LEGAL COMPLICATIONS AGAINST OWNERS AND MANY CLAIMS WOULD ARISE.

SO THEY BETTER SHUT OUT OTHERS AND LET THEM TO FULFIL OURS TO SHIP THE FULL BOOKED QTY.

CHRS AWAIT TO HEAR.

RGDS
NOVA MARITIME.


----- Original Message -----
From: Davis Leung
To: Cedric Chan
Cc: lcedric
Sent: Wednesday, July 09, 2008 1:16 PM
Subject: Fw: mv itc golden / SHIPPING ORDER - NOVA


CED/DAV


----- Original Message -----
From: yuan
To: Davis Leung
Cc: CN-HX/ANFARI ; OPS ; CHTG
Sent: Wednesday, July 09, 2008 13:09
Subject: Re: mv itc golden / SHIPPING ORDER - NOVA

# EXHIBIT 4

**DAEWOO**
DAEWOO LOGISTICS CORP.  17TH FL. DAEWOO FOUNDATION BLDG, 526, NAM DAE MUN RO 5, CHUNG-KU, SEOUL, KOREA
TEL:02-759-2841    FAX:02-759-2554    TLX:DWLOG K39010    EMAIL:master@dwlogistics.co.kr

# I N V O I C E

DATE : 2008.07.29
INVOICE NO : DL-0807168

MESSERS :   NOVA MARITIME BVI LTD

VESSEL/VOY :   MV SAGA MORUS/ V. 0007
CARGO/QUANTITY :   WIRE ROD / 4,965.54MT
L/PORT :  Bayuquan
D/PORT :  AQABA
SAILING DATE :   2008.07.29

| PARTICULARS | DEBIT | CREDIT |
|---|---|---|
| - - FREIGHT : 4,965.54MT X USD 105 PMT | | USD 521,381.70 |
| SUB-TOTAL | USD 0.0 | USD 521,381.70 |
| BALANCE DUE TO OWNERS | USD 521,381.70 | |
| | USD 521,381.70 | USD 521,381.70 |

BANK ACCOUNT :
CITI BANK KOREA INC, TAEPYEONGNO BRANCH, SEOUL, KOREA
SWIFT CODE : CITIKRSX
ACC NO : 16700161490 (USD)
CORRES BANK : CITIBANK N.A, NEW YORK
SWIFT CODE : CITIUS33
IN FAVOUR OF "DAEWOO LOGISTICS CORP,"

DAEWOO LOGISTICS CORP.

Authorized Signature